**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2066**

MICHAEL NWOSU,

                                                            Petitioner,

            versus

ALBERTO R. GONZALES, Attorney General,

                                                            Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A78-953-657)

Submitted:  May 31, 2006              Decided:  June 16, 2006

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Bokwe G. Mofor, Silver Spring, Maryland, for Petitioner. Peter D.
Keisler, Assistant Attorney General, James A. Hunolt, Senior
Litigation Counsel, Karen G. Gregory, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Nwosu, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reconsider its prior order, which adopted and affirmed the immigration judge's denial of his requests for asylum, withholding of removal, and protection under the Convention Against Torture.  The Board's prior order also denied Nwosu's motion to remand the case to the immigration judge.  We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider.  See 8 C.F.R. § 1003.2(a) (2006); Jean v. Gonzales, 435 F.3d 475, 481 (4th Cir. 2006).  Accordingly, we deny the petition for review for the reasons stated by the Board.  See In Re: Nwosu, No. A78-953-657 (B.I.A. Aug. 24, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -